**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:26−bk−11630**

**AUNTISA ACKLIN**
Debtor

Adversary Proceeding No.**4:26−ap−01020**

**AUNTISA ACKLIN,**
Plaintiff
v.
**CAPITAL ONE AUTO FINANCE,**
Defendant

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**To: CAPITAL ONE AUTO FINANCE**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**
**Clerk, U.S. Bankruptcy Court**
**Eastern District of Arkansas**
**300 W. Second St.**
**Little Rock, AR 72201**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

**Name and Address of Plaintiff's Attorney**
**Walden Matthew Cash**
**424 W. 4th Street #B**
**Ste North Little Rock**
**N. Little Rock, AR 72114**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**SERVICE OF THE SUMMONS MUST BE COMPLETED WITHIN 7 DAYS OF THE ISSUANCE OF THE SUMMONS PURSUANT TO F.R.B.P 7004(e). A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF THE COURT PROMPTLY UPON COMPLETION OF SERVICE.**

*Date Issued:*

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS

**05/1/2026**

*Linda McCormack, Clerk Of Court*

**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:26−bk−11630**

**AUNTISA ACKLIN**
Debtor

Adversary Proceeding No.**4:26−ap−01020**

**AUNTISA ACKLIN,**
Plaintiff
v.
**CAPITAL ONE AUTO FINANCE,**
Defendant

# CERTIFICATE OF SERVICE

I, __________________________________________________, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above−styled case, was made _____________________________ by:

_____ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _________________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: ______________________________ Signature: _____________________________________________________.